STATE v. HOLMES

No. 270P88.

Case below: 90 N.C. App. 275.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 September 1988.

STATE v. HOOVER

No. 343P88.

Case below: 89 N.C. App. 199.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 7 September 1988.

STATE v. JONES

No. 359P88.

Case below: 90 N.C. App. 610.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 7 September 1988.

STATE v. LAY

No. 242P88.

Case below: 89 N.C. App. 724.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 September 1988. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 7 September 1988.

STATE v. LIGHTSEY

No. 289P88.

Case below: 90 N.C. App. 149.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 7 September 1988.